UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Alfredo and Gloria Guevara

Case No.: 12-31620
Chapter: 7
Judge: MBK

### NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable _Michael B. Kaplan, U.S.B.J._ on _January 29, 2018_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _8_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
653 Huff Avenue
Manville, New Jersey
Valued at $204,557.00

Liens on property:    Wells Fargo, $205,127.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:    Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address:    567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.:    (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Alfredo N Guevara
Gloria A Guevara
    Debtors

Case No. 12-31620-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 28, 2017
                     Form ID: pdf905     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.

```
db/jdb         #+Alfredo N Guevara,    Gloria A Guevara,    653 Huff Avenue,    Manville, NJ 08835-2475
cr              +Wells Fargo Bank, NA,    Attn: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,
                  Fort Mill, SC 29715-7203
513326216      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
513326213       Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
513386537       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
513326215       CitiFinancial,    PO Box 6931,    The Lakes, NV 88901-6931
513326214      +Citifinancial,    Bk Remittance,    Po Box 140069,    Irving, TX 75014-0069
513326217      +Houston Funding II LTD,    2190 NOTH LOOP WEST #250,    Houston, TX 77018-8016
513326218      +LT Asset Recovery,    290 rt 46 west,    Denville, NJ 07834-1239
513326219      +Merc Adj Bur,    Po Box 9016,    Williamsville, NY 14231-9016
513326220      +Merc Adj Bur,    6390 Main St S-160,    Williamville, NY 14221-5859
513595214      +U.S. Department of HUD,    c/o Deval LLC,    1255 Corporate Drive, #300,    Irving, TX 75038-2585
513326222      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD 21701)
514722786      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,    3476 Stateview Blvd.,
                  Fort Mill, SC 29715-7203
513561360      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                  Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2017 22:54:06      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2017 22:54:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
513544348       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 28 2017 23:00:55
                  LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                  LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
513326221       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2017 23:01:21
                  Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
513529386      +E-mail/Text: bankruptcy@pseg.com Dec 28 2017 22:53:00      PSEG,    PO BOX 490,
                  Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Dec 28, 2017
                              Form ID: pdf905            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Kirsten B. Ennis    on behalf of Debtor Alfredo N Guevara pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Kirsten B. Ennis    on behalf of Joint Debtor Gloria A Guevara pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Nicholas V. Rogers    on behalf of Creditor    Wells Fargo  Bank, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 8
```