# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case no.: __12-31620-MBK__ |
| Alfredo N Guevara | : | |
| Gloria A Guevara | : | Chapter: __7__ |
| | : | |
| | : | Judge: __Kaplan__ |
| Debtor(s) | : | |

## CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
653 Huff Avenue, Manville, New Jersey

JEANNE A. NAUGHTON, Clerk

Date: __01/23/2018__          By: __Alyson M. Guida__

*rev.2/10/17*