Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.: 12–31620–MBK
                         Chapter: 7
                         Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alfredo N Guevara | Gloria A Guevara |
| 653 Huff Avenue | 653 Huff Avenue |
| Manville, NJ 08835 | Manville, NJ 08835 |

Social Security No.:
  xxx–xx–0709                                           xxx–xx–6016

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 31, 2018</u>                     <u>Michael B. Kaplan</u>
                                                       Judge, United States Bankruptcy Court